IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MAXEMAS SCOTT,<br><br>                Defendant. | **8:20CR82**<br><br>**ORDER ON APPEARANCE FOR PRETRIAL RELEASE VIOLATION** |

      The defendant appeared before the Court on December 3, 2020 regarding Petition for Action on Conditions of Pretrial Release [57].  John J. Ekeh represented the defendant.  Michael P. Norris represented the government.  The defendant was previously advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act.  18 U.S.C. § 3148.

      The government made an oral motion to dismiss Petition for Action on Conditions of Pretrial Release [57].  The government's oral motion to dismiss Petition for Action on Conditions of Pretrial Release [57] is granted without objection.

      **IT IS SO ORDERED**.

      Dated this 3rd day of December, 2020.

                                                               BY THE COURT:

                                                             s/ Michael D. Nelson<br>
                                                             United States Magistrate Judge