IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MAXEMAS SCOTT,<br><br>    Defendant. | 8:20CR82<br><br>ORDER ON APPEARANCE FOR<br>PRETRIAL RELEASE VIOLATION |

  The defendant appeared before the Court on December 7, 2020 regarding Petition for Action on Conditions of Pretrial Release [71]. John Ekeh represented the defendant. Jody Mullis represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The defendant entered an admission to violating condition of release. The Court took judicial notice of the petition and violation report. The court finds the defendant freely, knowingly, intelligently, and voluntarily admitted violating release condition (n). The Court further finds by clear and convincing evidence that a condition was violated. Therefore, the Court finds the defendant violated the Order Setting Conditions of Release [15].

  The government requested an order of revocation and detention. The defendant ultimately moved for the Detention Hearing to be continued which was granted. Disposition and Detention Hearing to be continued by further order of the court.

  **IT IS SO ORDERED**.

Dated this 8th day of December, 2020.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge