IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MAXEMAS SCOTT,<br><br>                Defendant. | **8:20CR82**<br><br>**ORDER ON APPEARANCE FOR PRETRIAL RELEASE VIOLATION** |

The defendant appeared before the Court on December 9, 2020, regarding Petition for Action on Conditions of Pretrial Release [71]. John Ekeh represented the defendant. Sean Lynch represented the government. The defendant was previously advised of the alleged violation of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant previously entered an admission to violating condition of release. The Court took judicial notice of the petition and violation report. The court finds the defendant freely, knowingly, intelligently, and voluntarily admitted violating release condition "n". The Court further finds there is probable cause that a crime was committed. Therefore, the Court finds the defendant violated the Order Setting Conditions of Release [15].

The government did not request an order of revocation and detention. The defendant requested to be released on present or amended conditions. After consideration of the report of Pretrial Services and the arguments of the parties, and affording the defendant an opportunity for allocation, the Court finds there are conditions or combination of conditions that will reasonably assure the defendant will not flee or will not pose a danger to any other person or the community, and the defendant is likely to abide by conditions of release. The defendant's request for release is granted. The Order Setting Conditions of Release [15] shall not be revoked and the defendant shall be released on the current terms and conditions of supervision once he has been approved for immediate intake and direct transportation to the Sunrise Dual Diagnosis Treatment facility in Norfolk, Nebraska.

**IT IS SO ORDERED**.

Dated this 9th day of December, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge